# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Adv. Proc. No. 18-50555 (BLS)<br><br><br><br>**Hearing Date: To Be Determined**<br>**Objections Due: November 19, 2018** |

## DEFENDANTS CENTRAL BANK OF INDIA AND EXPORT IMPORT BANK OF INDIA'S MOTION TO DISMISS THE COMPLAINT

Defendants Central Bank of India and Export Import Bank of India (together, the "SC Lenders"),[2] by and through their undersigned counsel, hereby submit this Motion to Dismiss (the "Motion") the Complaint (the "Complaint") filed in the above-captioned adversary proceeding by the SC Mesabi Litigation Trustee (the "Trustee") as successor-in-interest to Essar Steel Minnesota LLC ("ESML"). By this Motion, the SC Lenders seek entry of an order, substantially in the form attached hereto as Exhibit A, dismissing the Complaint pursuant to Federal Rule 12(b)(6), made applicable to this adversary proceeding by Bankruptcy Rule 7012.

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Opening Brief of Defendants Central Bank of India and Export Import Bank of India in Support of Their Motion to Dismiss the Complaint*, filed contemporaneously herewith.

The Complaint must be dismissed because the Trustee has not pleaded sufficient facts to support (i) his claims that the SC Lenders received fraudulent transfers under Bankruptcy Code section 548 or applicable Minnesota law (the First through Fourth Causes of Action); (ii) his claim that the SC Lenders' security interests are void (the Fifth Cause of Action); or (iv) his request that the Court equitably subordinate the SC Lenders' claims under Bankruptcy Code section 510 (the Seventh Cause of Action). In addition, the Trustee's claim for disallowance or reduction of the SC Lenders' claims under Bankruptcy Code section 502 (the Sixth Cause of Action) is premature. The reasons in support of this Motion are more fully set forth in the *Opening Brief of Defendants Central Bank of India and Export Import Bank of India in Support of Their Motion to Dismiss the Complaint*, filed contemporaneously herewith and incorporated herein by reference.[3]

**[Remainder of Page Intentionally Left Blank]**

---

[3] Pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the SC Lenders hereby confirm their consent to entry of a final order by the Bankruptcy Court in connection with this Motion if it is later determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, the SC Lenders respectfully requests that the Bankruptcy Court: (i) grant the Motion; (ii) dismiss the Complaint with prejudice and (iii) grant such other and further relief as is just and proper.

Dated:  November 5, 2018
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
      rath@lrclaw.com
      cree@lrclaw.com

-and-

**BAILEY DUQUETTE P.C.**
James D. Bailey (*pro hac vice*)
100 Broadway, 10th Floor
New York, NY 10005
Telephone:  (212) 658-1946
Facsimile:  (866) 233-5869
Email: james@baileyduquette.com

*Counsel for Defendants Central Bank of India and Export Import Bank of India*