IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Adv. Proc. No. 18-50555 (BLS) |

**DECLARATION OF JAMES D. BAILEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

I, James D. Bailey, hereby declare as follows:

1. I am the attorney for the defendants in the above-captioned action and I submit this declaration in support of defendants' motion to dismiss.

2. Attached as Exhibit A is a true and correct copy of the Letters of Sanction between Central Bank of India ("CBI") and Export-Import Bank of India ("EIBOI"), on the one hand, and Essar Projects (India) Limited, on the other, dated August 11, 2010 and subsequent, and a Facilities Agreement dated August 30, 2010.

3. Attached as Exhibit B is a true and correct copy of the Security Agreement dated December 29, 2010 between Essar Steel Minnesota LLC ("ESML") and Wells Fargo Bank Northwest, N.A., as Security Agent ("Wells Fargo").

4. Attached as Exhibit C is a true and correct copy of the Execution Copy of the Senior Secured Credit Agreement dated December 29, 2010 between ESML and ICICI Bank Limited ("ICICI") et al.

5. Attached as Exhibit D is a true and correct copy of the Facility Agreement dated June 1, 2012, between ESML and CBI and EIBOI.

6. Attached as Exhibit E is a true and correct copy of the Acknowledgement of Assignment dated June 14, 2012 provided by ESML to CBI.

7. Attached as Exhibit F is a true and correct copy of the Undertaking dated June 14, 2012 provided by ESML to EIBOI and CBI.

8. Attached as Exhibit G is a true and correct copy of the Letter Agreement dated March 3, 2014 between ESML and EPIL (the "2014 Letter Agreement").

9. Attached as Exhibit H is a true and correct copy of EPIL's assignment of the 2014 Letter Agreement to CBI and EIBOI dated March 3, 2014.

10. Attached as Exhibit I is a true and correct copy of the amended and restated Security Agreement between ESML and Wells Fargo dated September 30, 2014.

11. Attached as Exhibit J is a true and correct copy of the Collateral Agency and Intercreditor Agreement dated September 30, 2014 between ESML, ESML Holdings, Inc., and ICICI et al.

I declare under penalty of perjury that the foregoing is true and correct.

November 5, 2018

_____
James D. Bailey

{1115.001-W0052799.2}