IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors.<br><br>SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 18-50555 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

    Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to the Central Bank of India and the Export-Import Bank of India in the above captioned bankruptcy cases, and that on the 5th day of November, 2018, he caused a copy of:

- **Motion to Dismiss Adversary Proceeding [D.I. 10];**

- **Opening Brief of Defendants Central Bank of India and Export Import Bank of India in Support of Their Motion to Dismiss the Complaint [D.I. 11]; and**

- **Declaration in Support of Defendants' Motion to Dismiss Complaint [D.I. 12]**

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Compay LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

to be served upon the party identified on the attached list via hand delivery.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 6th day of November, 2018

_____
Notary Public

*[Notary Seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON 02-14-2019, NOTARY PUBLIC, STATE OF DELAWARE]*

SC Mesabi Litigation Trustee
V.
Central Bank of India

**HAND DELIVERY**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
Timothy P. Cairns
Alan J. Kornfeld
919 N. Market St., 17th Floor
Wilmington, DE 19801

{1115.001-W0052804.}