## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Adv. Proc. No. 18-50555 (BLS)<br><br><br>Re: Adv. Docket Nos. 10 & 14 |

### ORDER APPROVING STIPULATION REGARDING TRUSTEE'S EXTENSION OF TIME TO OBJECT TO THE MOTION TO DISMISS

Upon consideration of the *Stipulation Regarding Trustee's Extension of Time to Object to the Motion to Dismiss.* (the "Stipulation"),[2] a copy of which is attached to this Order as Exhibit 1, and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation or this Order.

Dated: Wilmington, Delaware
       November 19, 2018

                                             _____
                                             THE HONORABLE BRENDAN L. SHANNON
                                             UNITED STATES BANKRUPTCY JUDGE

2