**<u>EXHIBIT 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT<br>IMPORT BANK OF INDIA,<br><br>Defendants. | Adv. Proc. No. 18-50555 (BLS)<br><br>**Re: Adv. Docket No. 10** |

**STIPULATION REGARDING TRUSTEE'S
EXTENSION OF TIME TO OBJECT TO THE MOTION TO DISMISS**

This *Stipulation Regarding Trustee's Extension of Time to Respond to the Motion to Dismiss* (the "Stipulation") is made as of November 16, 2018, by and among Bradley E. Scher, in his capacity as Litigation Trustee of the SC Mesabi Litigation Trust (the "Trustee"), and the Central Bank of India and the Export-Import Bank of India (together, the "Supplier Credit Lenders" and together with the Trustee, the "Parties").

**RECITALS**

**WHEREAS,** on June 20, 2018, the Trustee filed a complaint initiating the above-captioned adversary proceeding against the Supplier Credit Lenders [Adv. Docket No. 1];

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**WHEREAS,** on November 5, 2018, the Supplier Credit Lenders filed the *Defendants Central Bank of India and Export Import bank of India's Motion to Dismiss the Complaint* [Adv. Docket No. 10] (the "Motion to Dismiss");

**WHEREAS,** the time to object to the Motion to Dismiss was set as November 19, 2018 (the "Objection Deadline");

**WHEREAS,** the Parties have agreed, as set forth herein, that the Objection Deadline for the Trustee shall be extended through and including December 19, 2018;

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## STIPULATION

1.    The Parties agree that, notwithstanding anything to the contrary in the Motion to Dismiss, the Objection Deadline for the Trustee is hereby extended through and including December 19, 2018, which may be further extended by agreement of the Parties.

2.    This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.  The terms of this Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

3.    The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

2

4.      The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

5.      This Stipulation shall be governed by and construed in accordance with the United States Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

6.      This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

7.      The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

8.      Notwithstanding the possible application of any Federal Rule of Bankruptcy Procedure to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

*[Signature Page to Follow]*

3

Dated: November 16, 2018

**LANDIS RATH & COBB LLP**                      **PACHULSKI STANG ZIEHL & JONES LLP**


_/s/ Jennifer L. Cree_                          _/s/ Timothy P. Cairns_
Adam G. Landis (No. 3407)                       Laura Davis Jones (No. 2436)
Kimberly A. Brown (No. 5138)                    Alan J. Kornfeld (CA Bar No. 130063)
Jennifer L. Cree (No. 5919)                     Timothy P. Cairns (No. 4228)
919 Market Street, Suite 1800                   919 North Market Street, 17th Floor
Wilmington, DE 19801                            P.O. Box 8705
Telephone: (302) 467-4400                       Wilmington, DE 19899-8705
Facsimile: (302) 467-4450                       Telephone: (302) 652-4100
Email: landis@lrclaw.com                        Facsimile: (302) 652-4400
       brown@lrclaw.com                         Email: ljones@pszjlaw.com
       cree@lrclaw.com                                 akornfeld@pszjlaw.com
                                                       tcairns@pszjlaw.com
       -and-
                                                _Counsel for Bradley E. Scher, Litigation_
**BAILEY DUQUETTE P.C.**                        _Trustee to the SC Mesabi Litigation Trust_
James D. Bailey, Esq.
Eric Wertheim, Esq.
100 Broadway, 10th Floor
New York, NY 10005
Telephone: (212) 658-1946
Facsimile: (866) 233-5869
Email: james@baileyduquette.com
       eric@baileyduquette.com

_Counsel for the Supplier Credit Lenders_

4