**<u>EXHIBIT 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT<br>IMPORT BANK OF INDIA,<br><br>            Defendants. | Adv. Proc. No. 18-50555 (BLS)<br><br><br>**Re: Adv. Docket Nos. 10 and 15** |

## STIPULATION REGARDING TRUSTEE'S FURTHER
## EXTENSION OF TIME TO OBJECT TO THE MOTION TO DISMISS

This *Stipulation Regarding Trustee's Further Extension of Time to Respond to the Motion to Dismiss* (the "Stipulation") is made as of January 17, 2019, by and among Bradley E. Scher, in his capacity as Litigation Trustee of the SC Mesabi Litigation Trust (the "Trustee"), and the Central Bank of India and the Export-Import Bank of India (together, the "Supplier Credit Lenders" and together with the Trustee, the "Parties").

## RECITALS

**WHEREAS,** on June 20, 2018, the Trustee filed a complaint initiating the above-captioned adversary proceeding against the Supplier Credit Lenders [Adv. Docket No. 1];

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

**WHEREAS,** on November 5, 2018, the Supplier Credit Lenders filed the *Defendants Central Bank of India and Export Import bank of India's Motion to Dismiss the Complaint* [Adv. Docket No. 10] (the "Motion to Dismiss");

**WHEREAS,** pursuant to the Court's *Order Approving Stipulation Regarding Trustee's Extension of Time to Object to the Motion to Dismiss* [Docket No. 15], the time to object to the Motion to Dismiss was set as December 19, 2018 (the "Objection Deadline");

**WHEREAS,** during the period before and after the Objection Deadline, the Parties engaged in settlement discussions in an effort to resolve all matters related to this action but have been unable to reach an agreement to date;

**WHEREAS,** the Parties have agreed, as set forth herein, that the Trustee's deadline to object or respond to the Motion to Dismiss shall be extended through and including March 1, 2019;

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

**STIPULATION**

1.      The Parties agree that, notwithstanding anything to the contrary in the Motion to Dismiss, the Objection Deadline for the Trustee is hereby extended through and including March 1, 2019, which may be further extended by agreement of the Parties.

2.      This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof. The terms of this Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

DOCS_DE:222608 2 56774/001

3.      The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

4.      The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

5.      This Stipulation shall be governed by and construed in accordance with the United States Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

6.      This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

7.      The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

8.      Notwithstanding the possible application of any Federal Rule of Bankruptcy Procedure to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

[*Signature Page to Follow*]

Dated: January 29, 2019

**LANDIS RATH & COBB LLP**


  _/s/ Jennifer L. Cree_____
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
          brown@lrclaw.com
          cree@lrclaw.com

          -and-

**BAILEY DUQUETTE P.C.**
James D. Bailey, Esq.
Eric Wertheim, Esq.
100 Broadway, 10th Floor
New York, NY 10005
Telephone:  (212) 658-1946
Facsimile:  (866) 233-5869
Email:  james@baileyduquette.com
          eric@baileyduquette.com

*Counsel for the Supplier Credit Lenders*

**PACHULSKI STANG ZIEHL & JONES LLP**


  _/s/ Timothy P. Cairns_____
Laura Davis Jones (No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Timothy P. Cairns (No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          akornfeld@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel for Bradley E. Scher, Litigation*
*Trustee to the SC Mesabi Litigation Trust*

4