# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| SC MESABI LITIGATION TRUSTEE,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>        Defendants. | Adv. Proc. No. 18-50555 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON JUNE 26, 2019, AT 10:00 A.M. (EASTERN TIME</u>)[2]
Hearing Location: 824 N. Market St., 6th Floor, Courtroom #1,
Wilmington, DE 19801
Before the Honorable Brendan L. Shannon**

## **ORAL ARGUMENT:**

1. Defendants Central Bank of India and Export Import Bank of India's Motion to Dismiss the Complaint [Filed 11/5/18] (Adv. Docket No. 10)

   <u>Related Documents</u>:

   A. Complaint to Avoid Fraudulent Transfers Pursuant to 11 U.S.C. Sections 548 and 550; Object to Claim Nos. 144 and 154; and Avoid All Liens Related to Such Transfers and Claims [Filed 6/20/18] (Adv. Docket No. 1)

   B. Opening Brief of Defendants Central Bank of India and Export Import Bank of India in Support of Their Motion to Dismiss the Complaint [Filed 11/5/18] (Adv. Docket No. 11)

   C. Declaration of James D. Bailey in Support of Defendants Motion to Dismiss the Complaint [Filed 11/5/18] (Adv. Docket No. 12)

   D. Certification of Counsel in Support of Entry of Order Approving Stipulation

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

    Regarding Trustee's Extension of Time to Object to the Motion to Dismiss [Filed 11/16/18] (Adv. Docket No. 14)

E. [Signed] Order Approving Stipulation Regarding Trustee's Extension of Time to Object to the Motion to Dismiss [Filed 11/19/18] (Adv. Docket No. 15)

F. Certification of Counsel in Support of Entry of Order Approving Stipulation Regarding Trustee's Further Extension of Time to Object to the Motion to Dismiss [Filed 2/1/19] (Adv. Docket No. 16)

G. [Signed] Order Approving Stipulation Regarding Trustee's Further Extension of Time to Object to the Motion to Dismiss [Filed 2/1/19] (Adv. Docket No. 17)

H. Answering Brief of Plaintiff SC Mesabi Litigation Trustee in Opposition to Motion to Dismiss Complaint [Filed 3/1/10] (Adv. Docket No. 19)

I. Certification of Counsel Regarding Order Approving Stipulation Regarding the Extension of the Reply Deadline [Filed 3/8/19] (Adv. Docket No. 20)

J. [Signed] Order Approving Stipulation Regarding the Extension of the Reply Deadline [Filed 3/11/19] (Adv. Docket No. 21)

K. Reply Brief of Defendants Central Bank of India ad Export Import Bank of India in Support of Their Motion to Dismiss the Complaint [Filed 4/12/19] (Adv. Docket No. 22)

L. Plaintiff's Request for Oral Argument [Filed 4/16/19] (Adv. Docket No. 24)

M. Notice of Completion of Briefing [Filed 4/24/19] (Adv. Docket No. 25)

N. Notice of Hearing [Filed 4/30/19] (Adv. Docket No. 26)

Status: This matter will be going forward.

Dated: June 24, 2019    **PACHULSKI STANG ZIEHL & JONES LLP**

    */s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ljones@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for Bradley E. Scher, Litigation Trustee to the SC Mesabi Litigation Trust*