# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>　　　　　　Debtors.<br>―――――――――――――――――――<br>SC MESABI LITIGATION TRUSTEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>　　　　　　Defendants. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 18-50555 (BLS)<br><br><br><br><br><br>**Ref. Nos. 1, 10, 11, 12, 19, 22, 29 & 30** |

## ORDER GRANTING DEFENDANTS CENTRAL BANK OF INDIA AND EXPORT IMPORT BANK OF INDIA'S MOTION TO DISMISS THE COMPLAINT

Upon consideration of *Defendants Central Bank of India and Export Import Bank of India's Motion to Dismiss the Complaint* [Adv. D.I. 10] (the "Motion")[2] pursuant to Rule 12 of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedures, and the Plaintiff's opposition thereto; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was appropriate and no further notice need be provided; and after due deliberation and

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consideration; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Complaint filed in the above-captioned adversary proceeding is hereby dismissed with leave to replead; and it is further

ORDERED that in the event the Plaintiff wishes to replead against Defendants Central Bank of India and/or Export Import Bank of India, he shall file an amended complaint within forty-five (45) days of the entry of this Order; otherwise the dismissal ordered herein shall be deemed to be with prejudice; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**Dated: October 29th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**