# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>        Debtors.<br>_____<br><br>SC MESABI LITIGATION TRUSTEE,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>        Defendants. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 18-50555 (BLS)<br><br><br><br><br><br><br>**Re: Adv. Docket Nos. 31** |

## ORDER APPROVING STIPULATION REGARDING TRUSTEE'S FURTHER EXTENSION OF TIME TO AMEND COMPLAINT

Upon consideration of the *Stipulation Regarding Trustee's Further Extension of Time to Amend Complaint.* (the "<u>Stipulation</u>"),[2] a copy of which is attached to this Order as <u>Exhibit 1</u>, and the Court having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

---

[1]     The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

2

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The deadline for the Trustee to amend the Complaint is hereby extended through and including February 14, 2021.

3. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

4. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation or this Order.

**Dated: December 14th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**