# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>  Debtors.<br><br>―――――――――――――――――――――<br><br>SC MESABI LITIGATION TRUSTEE,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>  Defendants. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 18-50555 (BLS)<br><br><br><br><br><br>Ref. Nos. 35 & 37 |

## ORDER APPROVING STIPULATION REGARDING
## THE EXTENSION OF THE RESPONSE DEADLINE

Upon the Certification of Counsel and the *Stipulation Regarding the Extension of the Response Deadline* (the "Stipulation")[2] entered into between the Trustee and the Supplier Credit Lenders, a copy of which is attached hereto as **Exhibit A**; and the Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is hereby APPROVED; and it is further

---

[1] Essar Steel Minnesota LLC has changed its name to Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1115.001-W0064182.}

ORDERED that this Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: March 1st, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**