# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,[1]<br><br>Debtors.<br>_____<br><br>SC MESABI LITIGATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF INDIA, AND EXPORT IMPORT BANK OF INDIA,<br><br>Defendants. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Proc. No. 18-50555 (BLS)<br><br><br><br><br>**Ref. Nos. 35 and 38** |

## SECOND STIPULATION REGARDING THE
## EXTENSION OF THE RESPONSE DEADLINE

This *Second Stipulation Regarding the Extension of the Response Deadline* (the "Stipulation") is made as of April 23, 2021, by and among Bradley E. Scher, in his capacity as Litigation Trustee of the SC Mesabi Litigation Trust (the "Trustee"), and the Central Bank of India and the Export-Import Bank of India (together, the "Supplier Credit Lenders" and together with the Trustee, the "Parties").

## RECITALS

**WHEREAS,** on February 12, 2021, the Trustee filed and served the *First Amended Complaint to Avoid Fraudulent Transfers Pursuant to 11 U.S.C. §§ 548 and 550; Object to Claim*

---

[1] The last four digits of Essar Steel Minnesota LLC's federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

{1115.001-W0064665.}

*Nos. 144 and 154; and Avoid All Liens Related to Such Transfers and Claims* (the "Amended Complaint") [Adv. D.I. 35] in the above-captioned adversary proceeding against the Supplier Credit Lenders;

**WHEREAS,** pursuant to Fed. R. Civ. P. 15(a)(3), which applies in this proceeding pursuant to Fed. R. Bankr. P. 7015, the original deadline for the Supplier Credit Lenders to answer, move or otherwise respond to the Amended Complaint was fourteen (14) days from service of the Amended Complaint (*i.e.*, February 26, 2021) (the "Response Deadline");

**WHEREAS**, on March 1, 2021, the Bankruptcy Court entered the *Order Approving Stipulation Regarding the Extension of the Response Deadline* [D.I. 38] extending the Response Deadline to April 27, 2021 (the "March Order");

**WHEREAS,** the Parties have agreed, as set forth herein, that the Supplier Credit Lenders' Response Deadline shall be further extended to June 28, 2021;

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

**STIPULATION**

1. The Parties agree that notwithstanding anything to the contrary in Fed. R. Civ. P. 15(a)(3), which applies in this proceeding pursuant to Fed. R. Bankr. P. 7015, or the March Order, the Supplier Credit Lenders' Response Deadline is hereby extended to June 28, 2021, which may be further extended by agreement of the Parties or order of the Court.

2. This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof. The terms of this Stipulation may not be changed,

amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

3. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

4. The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

5. This Stipulation shall be governed by and construed in accordance with the United States Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

6. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

7. The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

8. Notwithstanding the possible application of any Federal Rule of Bankruptcy Procedure to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

Dated: April 23, 2021

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      brown@lrclaw.com
      cree@lrclaw.com

-and-

**BAILEY DUQUETTE P.C.**
James D. Bailey, Esq.
100 Broadway, 10th Floor
New York, NY 10005
Telephone: (212) 658-1946
Facsimile: (866) 233-5869
Email: james@baileyduquette.com

*Counsel for the Supplier Credit Lenders*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com

*Counsel for Bradley E. Scher, Litigation Trustee to the SC Mesabi Litigation Trust*